[No. 2678–2. Division Two. October 9, 1978.]

*In the Matter of the Marriage of* ROBERT C. MOWBRAY,
*Respondent, and* SUSAN J. MOWBRAY,
*Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 23834, Gerald B. Chamberlin, J.,
entered December 10, 1976. *Remanded with instructions*
by unpublished opinion per Soule, J., concurred in by Reed,
A.C.J., and Petrie, J.

[No. 2508–2. Division Two. October 10, 1978.]

EXPORT PACIFIC, INC., *Respondent, v.* ENG'S INC.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 240198, E. Albert Morrison, J., entered June
30, 1976. *Reversed in part* and *remanded with instructions*
by unpublished opinion per Soule, J., concurred in by Reed,
A.C.J., and Petrie, J.

[No. 2398–3. Division Three. October 10, 1978.]

TALETTA ALLEN, *Respondent, v.* SEATTLE–FIRST
NATIONAL BANK, *as Administrator,*
*Appellant.*

Appeal from judgments of the Superior Court for Grant
County, Nos. 19129, 19076, Del Cary Smith, Jr., J., entered
April 5, 1977. *Affirmed* by unpublished opinion per Roe, J.,
concurred in by Munson, C.J., and McInturff, J.